UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMINIO AGUILAR-CONTRERAS, JR.,<br><br>　　　　　　　　　　　Petitioner,<br><br>　vs.<br><br>V. M. ALMEGER, Warden,<br><br>　　　　　　　　　　　Respondent. | Civil No.   06cv1733-BTM (BLM)<br><br>**ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION** |

　　　　Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges his conviction in the Riverside County Superior Court.  In accordance with the practice of district courts in California, the Court transfers the Petition to the United States District Court for the Central District of California, Eastern Division.

　　　　A petition for writ of habeas corpus may be filed in the United States District Court of the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced.  See 28 U.S.C. § 2241(d); Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 497 (1973).  Petitioner here attacks a conviction suffered in the Riverside County Superior Court. (Pet. at 1.)  That court is located in Riverside County, which is within the jurisdictional boundaries of the United States District Court for the Central District of California, Eastern Division.  See 28 U.S.C. § 84(c)(1).  Petitioner is presently confined at

1  Centinela State Prison in Imperial, California. That prison is located in Imperial County, which
2  is within the jurisdictional boundaries of the United States District Court for the Southern
3  District of California. See 28 U.S.C. § 84(d). Jurisdiction over this Petition thus exists in the
4  Central District, Eastern Division, and in the Southern District. See 28 U.S.C. § 2241(d).

5  It is generally the practice of the district courts in California to transfer habeas actions
6  challenging a state conviction to the district in which a petitioner was convicted. Any and all
7  records, witnesses and evidence necessary for the resolution of a petitioner's contentions are
8  more readily available in that district. See Braden, 410 U.S. at 497, 499 n.15; Laue v. Nelson,
9  279 F. Supp. 265, 266 (N.D. Cal. 1968). In this case, that district is the Central District of
10 California, Eastern Division. Therefore, in the furtherance of justice,

11 **IT IS ORDERED** that the Clerk of this Court transfer this matter to the United States
12 District Court for the Central District of California, Eastern Division. See 28 U.S.C. § 2241(d).

13 **IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy of this Order
14 upon Petitioner and upon the California Attorney General.

16 DATED: October 25, 2006

18 Hon. Barry Ted Moskowitz
   United States District Judge